**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Zosimo Reyes SAENZ, Defendant–Appellant.**

No. 04–11505.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided July 27, 2006.

Christy Lee Drake, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Amarillo, TX, for Plaintiff–Appellee.

Zosimo Reyes Saenz, Waseca, MN, pro se.

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

Zosimo Reyes Saenz, federal prisoner # 27042–077, appeals the district court's denial of his "18 U.S.C. § 3742 motion for review of sentence." Saenz's motion, which was filed after the conclusion of his direct appeal and 28 U.S.C. § 2255 motion, is an unauthorized motion. *See United States v. Early,* 27 F.3d 140, 142 (5th Cir.1994). Accordingly, Saenz's appeal is DISMISSED for lack of jurisdiction.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.